United States District Court
Southern District of Texas
**ENTERED**
October 23, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **JORGE MORENO REYES,** | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01516** |
| | § | |
| **WARDEN D.C. COLE, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On August 24, 2026, Petitioner Jorge Moreno Reyes ("Petitioner") filed a *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. 1.) On September 18, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered his release. (Dkt. 9 at 4.) The Court also ordered Respondents to provide a status report confirming Petitioner's release. (*Id.*) However, as of October 23, 2026, no such status report was provided to the Court by the September 21, 2026 deadline.

Respondents are hereby **ORDERED** to submit a status report in accordance with the Court's September 18, 2026 order, (Dkt. 9), by **October 26, 2026**.

The Clerk of Court is also **DIRECTED** to e-mail a copy of this Order to the following email addresses: usatxs.civilnotice@usdoj.gov and Lance.Duke@usdoj.gov.

Respondents must provide Petitioner with a printed copy of this Order.

IT IS SO ORDERED.

SIGNED this October 23, 2026.

Diana Saldaña
United States District Judge